**Attachment A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

NOV 0 4 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

MArk Lovis FLeaT II ~~~~~~~~~

*Your full name*

**FEDERAL CIVIL RIGHTS
COMMPLAINT
(*BIVENS* ACTION)**

v. WArden STAff HAzelton VSP
MEDICAL Dept.HSA Boch/LT E.MArtin

Captin FResk/P.A.TrApp/Associate
WArden unknown/mental Health Dept
ms MAnitiKO/Medical memes

VSP HAZELton MEDicol Dept

*Enter above the full name of defendant(s) in this action*

Civil Action No.: 3-24 CV 145

*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: MArk Lovis FLeaT II    Inmate No.: 63945-060
Address: HAZELton VSP  P.O.Box 2000  Bruceton Mills west VA
26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.     Name of Defendant: _MEDical Mr Bock_
       Position: _Health service Administrator_
       Place of Employment: _HAZELton USP_
       Address: _Po Box 9500  2000 Bruceton mills west VA 26525_
       _____ _HAZelton USP_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☑ Yes          ☐ No

If your answer is "YES," briefly explain: _I was Placed In the SHU at_
_HAZelton USP August 26th 2024 My Left prostetic leg was taken By SHU Lt_
_(martin) I Informed H.S.A Bock I was unable to get in the shower ? I was_
_left In the cell to Hop around with no (device) to Aid this disabled person He stated_
_He didn't care. I ask Him for A wheelchair at least Its Been 90 days Ive been left to Hop_
_Around I mentioned the A.D.A. ? that I need something no-one Has Done Anything!_
_I was not given a wheelchair crutches nothing_

B.1    Name of Defendant: _Lt E. Martin_
       Position: _Lt of the SHU_
       Place of Employment: _HAzelton USP_
       Address: _HAzelton USP  P O Box 2000 Bruceton Mills west VA 26525_
       _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☑ Yes          ☐ No

If your answer is "YES," briefly explain: _Lt E. Martin took my prostetic leg ? let me_
_In A cell thats impossible for me to shower. The Shower HAS a 2ft step to get In_
_more like a ledge. I was not given a wheelchair/crutches/Hand rails nothing I have_
_Been left to Hop Around the cell for 90 days now violating the A.D.A. rights ? my medical_
_Rights I believe. There Are (2) Handicap cells In every FBOP SHU) I m Being Purposley treated_
_Cruel ? unusual I Have not gotten to take a shower Like all the Inmates/My Knee Is killing_
_me Ive Been Left to Hop Around In my cell for 90 day I think thats cruel ? unusual_

B.2    Name of Defendant: _unknown_
       Position: _Associate Warden / MAle USP HAZELton_
       Place of Employment: _HAzelton USP_
       Address: _P o Box 2000 Bruceton mills west VA 26525 HAzelton usp_
       _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☑ Yes          ☐ No

**Attachment A**

If your answer is "YES," briefly explain: I gave Him a request explaining 2 Months ago that the captin & LT HAS Left Me In SHU Hoping Around with no devices for 45 days At the time & I needed Handicap Accesible cell with A Shower Chair & Hand rails He never responds He does a round weds so he's Aware of the Medical Indifference & Failed to Step In as a Executive stoff & Stop the cruel & unosuall Treatment

B.3   Name of Defendant: Captin Frisk
      Position: CAptin of USP HAZelton
      Place of Employment: HAZELton USP.
      Address: Po Box 2000 Bruceton mills west VA 26525 HAZelton USP

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?      ☑ Yes          ☐ No

If your answer is "YES," briefly explain: I Stoped the captin during the tour on A Wendos About 45 days Ago & explaned my disability & How the SHU LT will not give me A wheelchar/crutches & Is forcing me to Hop on one leg Along with Medical & I NEED A Handicap Accessible cell plus A shower char He said he would talk to the LT about getting me A proper cell & A wheelchair I NEVER Heard Nothing After) It's Jist Being (NEGletcd) My ADA rights By the complete (JAIl)

B.4   Name of Defendant: mental Health SHU ms mantiko
      Position: Mental Health specidist In the SHU
      Place of Employment: HAZELton USD
      Address: Po Box 2000 Bruceton mills WEST VA 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?      ☑ Yes          ☐ No

If your answer is "YES," briefly explain: SHe SEEN me & I wanted to Kill myself Because SHU Lt martin Has Had me Hoping Around for 70 days SHU SAys she could't figure out Who the ADA Coordinater was & I believe she failed to put My Condition medical & Stressers In my file. She also laughed when I explained How my rights were being violated And STAtEd verbatim We can due what we want the policey means nothing & I Informed Her that I was being violated And As A Staff/mental Health proffesional she Faded to Report the cruel & unusuall Punishment

**Attachment A**

B.5  Name of Defendant: NEMES

Position: Doctor

Place of Employment: Hazelton USP

Address: P O Box 2000 Hazelton USP Bruceton Mills WestVA 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: I wrote several sick call forms
to Medical & recieved zero response about my serious medical condition
& the medical NEGlect I have been the subject of & the cruel & unusuall
Punishment Its the Doctors responsibilty to Assure I Have the medical Devices I
need per the ADA Law I Have been treated unHumane even the Nurse Has been telling
me they feel sorry for me I should of been got A Wheelchair/crutches something

III.   PLACE OF PRESENT CONFINEMENT I've been Hopping Around on one leg for 90 days

Name of Prison/ Institution: Hazelton USP

A.    Is this where the events concerning your complaint took place?
      ☑ Yes        ☐ No

      If you answered "NO," where did the events occur?

      _____

B.    Is there a prisoner grievance procedure in the institution
      where the events occurred?        ☑ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
      prisoner grievance procedure?
      ☑ Yes        ☐ No

D.    If your answer is "NO," explain why  not:  N/A

      _____

      _____

      _____

E.    If your answer is "YES," identify the administrative grievance procedure
      number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _I filed the BP8 - got no response_

LEVEL 2 _I filed the BP 9 to the warden Attacked the Bp8 to the(9)(1212473-A1)#_
_recieve no_

LEVEL 3 _I filed A Injury tort (recieve response) filed A Sinsotive Bp to recieved no response_
_1214161-F1  I never recieved no response 1216415-A1 was rejected_

## IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes          ☐ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _Mark Louis Flint_

Defendant(s): _Warden Stwr capta Fink Lt L Martin co E young co C Brown co W Burkone_

2.    Court: _Northern District of West VA Martinsburg_
_(If federal court, name the district; if state court, name the county)_

3.    Case Number: _3:24cv/98_

4.    Basic Claim Made/Issues Raised: _Assult 3 Battery_

5.    Name of Judge(s) to whom case was assigned:
_Judge Groh /Magistrate Judge Trumble_

6.    Disposition: _Pending_
_(For example, was the case dismissed? Appealed? Pending?)_

7.    Approximate date of filing  lawsuit: _Oct 16th 2024_

**Attachment A**

8.    Approximate date of disposition. Attach Copies: _Pending_

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_I filed the remedy as a injury tort received no response. Its past the due date on the responses 3 one Monday then requesting more time to Investigate._

E.    Did you exhaust available administrative remedies?
☑ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_I Dont Have the Remidies I never got them back I got A response But the Grievances were never returned. Grievance # is 12-15-745-R1_

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____ *N/A* _____

Defendant(s): _____ *N/A* _____

2.  Name and location of court and case number:

_____
_____ *N/A* _____ .
_____

3.  Grounds for dismissal:     ☐ frivolous     ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____ *N/A* _____

5.  Approximate date of disposition: _____ *N/A* _____

## V.     STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: LT E. Martin took my prosthetic leg & left me to Hop Around the cell. Violation of the ADA Law of 1992 & medical Indifference. He gave me no Devices to get around per policey & The ADA Law Im Entitled to this By the ADA. I was not given a shower & furthermore put In a cell that has a 2.5 Inch Ledge on purpose & treated unfair & I have been Hoping on one leg for 90 days. I Have not Been offered A wHeelchair & crutches Handrails shower chair nothing I Below that crewl & unusual

Supporting Facts: LT E. Martin took my prostehic I Have

**Attachment A**

A medical Duty sheet Attatched to my Door stating I should Have A/whulchair/crutches/prostetic leg/ 3 I'm missing my Left Lower extrimty. If Been Neglected 3 Have a serious medical condition violating my Rights E. Be treated Accordingly to the ADA LAW

CLAIM 2: HSA Boeh Violation of my A.D.A. Rights 3 constitutional Right to Be treated Human-HSA Mr Boeh was notified of All underling conditions 3 Choose to violate my Rights. Medical Indifference, my constitutional Rights Are Being violated. Here Are No Handrails In my cell As A Health service Administrator He Has A right to Insure my fair medical treatment for my medical condition Its cruel 3 Unusual

Supporting Facts: He walk past my cell while I'm Hoping 3 trying to stand on one leg I Have zero Devices to AID my movement In the cell I've Been Hoping on one leg for 90 DAys the camera will support these fact my medical records will support my condition I Am A Above the knee Amputee.

CLAIM 3: Captin Frisk Is the Head of security Its His LT that took my prosthetic so His Approval Has to be A security Issue As the Immediate supervisor of LT E.martin It's His Job to Ensure my safety He Purposely Has me Hoping Around the cell on one leg. Cruel 3 unusual treatment violation of my (ADA Rights) violation of policy

Supporting Facts: Hoping Around on one leg can cause bodily Harm A Lay person can see I need Help 3 Assistance Abelating Around the Cell Also A Lay person can see I could never get Into the shower Hoping Around on one leg with no other Help Besides the 1 leg I Have the JCameras on hangel1Y will support I Have never Had A Aid

CLAIM 4: Associat Warden (unknown) I wrote Him A Letter He over sees the over-all running of the Jail 3 When A Inmates Rights Are violated Is charged to correct the mistreatment He didn't respond to the complaint I wrote that He Took out of my door 60 days ago explaing the Extrem circumstances violation of my ADA Rights cruel 3 unusual punishment

Supporting Facts: I Just Received A Rejection from the Region for A Few reasons that make no sense to me Do to the Nature of the complaint

---

**Attachment A**

I'm Attaching It to this complant the Associate warden walks past my cell once a week & Acts Like he doesn't see me Hoping Around the room & He doesn't see My Hardship Tis not Kosur for a warden to see A one leg man Hoping Around a cell & not Adjust the (Hardslip) the warden Associate ~~Pluty~~ Purposly Ignored My complant that had merit &.

CLAIM 5: Mental Health Ms Manitiko Mental Health specailist for the SHU. Has A duty to try to Assure my sAftey & Report Any Incedents vielating my Constitutional Rights I seen Her ~~&~~ She well Aware of my disabilities the A.D.A. Rights I'm subjest too & the Indifference & cruel & unusual Punishment I've Been treated with

Supporting Facts: I see Her She work as a sphycologest & I Informed Her of my situation she laughed & said the policey means nothing I don't believe she wrote In my File the complant about My medical ADA violation SHe's stating SHe cant figure out With the ADA Coinsidanted for the USP Hazelton CAmeras will verify SHe's Aware of the Cruel & unusual treatment & SHe failed to Report It per policey

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

My Knee Hurts really Bad I cant stand on one leg for more then a few minutes I don't no How It might effect My gait when I use my Prosthetic. My Left Hip has been Hurting I wanted to Kill myself from the Hardship Ive been purposely put threw I've fell 2 times In this cell & My sick calls were never Answered.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I would Like the Judge to order the JAil to Change policey with ADA Inmates missing Limbs I would Like to have a Jury trial, I would Like to be Awarded monetary Damages Based on Civil Rights ADA Rights violations I Would Like the Judge & the Jury to Hear my Story & Decide If my Rights were violated Do to the Hardship I WAS put threw! I would Like the Courts to order the F.B.O.P to NOT Be Able to take A prosthetic Device without giving handicap cell to the Inmate or medical Devices (Shower chair) (handrails) (wheelchairs) (Crutches) ect

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at *Hamelton USP* _____ on *10-29-2024* _____ .
　　　　　　　　　(Location)　　　　　　　　　　　(Date)


_____
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____

MArk Lou.s FliaT II
*Your full name*

v. WArden STARR / HAZELton USP
MEDICAL Dept HSA. Boch / LT E MArLin
CAptin FRISK / DA TRAGO
Associates WArden male unknown /
Mental Health specialist MS man.TiKo
MEDICAL Mr MEMES / HAZELton MEDICAL DEPT

*Enter above the full name of defendant(s) in this action*

Civil Action No.: _____

## Certificate of Service

I, MArk Lou.s FliaT _____ (your name here), appearing *pro se*, hereby certify

that I have served the foregoing __Intention to File  to  the  warden__ (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on __10-29-2024__ (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)